**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7813**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ANDREW CHARLES JACKSON, a/k/a William Benbow, a/k/a Ricky Antonio Bady, a/k/a Sway,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. John Preston Bailey, District Judge. (3:00-cr-00006-JPB-RWT-1; 3:00-cr-00046-JPB-RWT-1)

———————

Submitted: April 21, 2016        Decided: April 25, 2016

———————

Before WILKINSON, KING, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Andrew Charles Jackson, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Charles Jackson appeals the district court's order denying his "Petition for Discovery of Voir Dire Examination Habeas Corpus § 121 Evidentiary Hearing." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Jackson</u>, Nos. 3:00-cr-00006-JPB-RWT-1; 3:00-cr-00046-JPB-RWT-1 (N.D.W. Va. Oct. 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>